No. —— ——.  CLINTON v. NORTH CAROLINA.  Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. D–1488.  IN RE DISBARMENT OF JONES.  Disbarment entered.  [For earlier order herein, see 513 U. S. 1073.]

No. D–1549.  IN RE DISBARMENT OF JAN.  It is ordered that Joseph M. Jan, of Toledo, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1550.  IN RE DISBARMENT OF DIUGUID.  It is ordered that John P. Diuguid, of Bethesda, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1551.  IN RE DISBARMENT OF WEEKS.  It is ordered that Timothy Weeks, of Newark, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1552.  IN RE DISBARMENT OF CACIOPPO.  It is ordered that Richard K. Cacioppo, of Woodland Hills, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1553.  IN RE DISBARMENT OF BROWN.  It is ordered that Michael A. Brown, of Newton, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1554.  IN RE DISBARMENT OF OFFNER.  It is ordered that Lawrence J. Offner, Jr., of Union, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.